TARA J. LICATA, ESQ. (State Bar No.266111)
tlicata@mamlaw.net
PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
ptriplett@mamlaw.net
ALEX HADJIAN, ESQ. (State Bar No. 327534)
ahadjian@mamlaw.net
**MANCINI & ASSOCIATES**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403
Phone: (818) 783-5757
Fax:   (818)783-7710

Attorneys for Plaintiff **ANTELMA CHAVEZ**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTELMA CHAVEZ,<br><br>      Plaintiff,<br><br>    *vs.*<br><br>LINCARE, INC.;<br>LINCARE HOLDINGS, INC.;<br>LINDCARE A LINDE COMPANY;<br>LINDE<br>and DOES 1 through 100, Inclusive,,<br><br>      Defendants | Case No.  2:20-cv-10211 MWF (MAAx)<br><br>[Assigned for all purposes to the Hon. Michael W. Fitzgerald, Dept. 5A]<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that a settlement has been reached between all parties which will effectuate the dismissal, with prejudice, of all claims in this matter.  A written Confidential Settlement Agreement will be signed and counsel will file a Stipulation of Dismissal of all causes of action against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii), resolving this case in its entirety.

/ / /

/ / /

Based upon the foregoing, the parties respectfully request that all future Court dates be vacated at this time.

DATED: July 21, 2021                    MANCINI & ASSOCIATES
                                        A Professional Law Corporation


                                        By: /s/    Tara J. Licata
                                            _____
                                            TARA J. LICATA, ESQ.
                                            Attorneys for Plaintiff
                                            **ANTELMA CHAVEZ**