```
TARA J. LICATA, ESQ. (State Bar No.266111)
tlicata@mamlaw.net
PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
ptriplett@mamlaw.net
ALEX HADJIAN, ESQ. (State Bar No. 327534)
ahadjian@mamlaw.net
MANCINI & ASSOCIATES
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403

Phone: (818) 783-5757
Fax:   (818) 783-7710
```

JS-6

Attorneys for Plaintiff ANTELMA CHAVEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTELMA CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINCARE, INC.;<br>LINCARE HOLDINGS, INC.;<br>LINDCARE A LINDE COMPANY;<br>LINDE;<br>and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-10211 MWF (MAAx)<br><br>[Assigned for all purposes to the Hon. Michael W. Fitzgerald, Dept. 5A]<br><br>~~PROPOSED~~ ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated: __October 18__, 2021

　　　　　　　　　　　　　　　　　　　　_/s/ Michael W. Fitzgerald_
　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

~~PROPOSED~~ ORDER OF DISMISSAL